ARTHUR S. DWIGHT, Appellant, v. ANDREW CUNEO, Defendant, Impleaded with JOAN NEWTON CUNEO, His Wife, and ATLANTIC MACARONI COMPANY, Respondents, and Others, Defendants.— Judgment modified by striking from the same the following clause, viz.: " Adjudged and Decreed, that this action be and the same hereby is dismissed, on the merits as to the defendants Joan Newton Cuneo and Atlantic Macaroni Company," and as so modified affirmed, without costs to either party. Such modification is made upon the ground that for the relief granted to the plaintiff by the judgment the said defendants are proper and necessary parties to the action. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

JOSEPH ELIAS, Appellant, v. PARAGON FILMS, INC., Respondent.— The second counterclaim does not state a cause of action, and the demurrer to it should be sustained. (Buhler Co. v. New York Dock Co., 170 App. Div. 486.) The demurrer to the first counterclaim should be overruled, as the defendant may offset the sum properly paid by it to finish the work pursuant to the contract. The order is modified accordingly, and as so modified affirmed, without costs. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

JOHN M. FARLEY, Respondent, v. THE VILLAGE OF LONG BEACH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

DOROTHY ETHEL FERRIL, an Infant, etc., by JAMES P. FERRIL, Her Guardian ad Litem, Respondent, v. LECHTMAN LAUNDRY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

ANNETTE EWART SCHWARZ FLEISCHER, Respondent, v. ERNST ALBERT FLEISCHER, Appellant.— The undisputed and unexplained facts burden plaintiff's application with at least this infirmity: She is amply able financially to prosecute her suit and to support herself during its pendency. (Collins v. Collins, 80 N. Y. 1; Lake v. Lake, 194 id. 179.) Order reversed and motion denied, without costs. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

AMELIA HAMES, Respondent, v. ADOLPH N. BAUMANN, Appellant.—. Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.

HARRY G. HEYSON and HENRY C. GIPSON, Respondents, v. ISAAC LICHTENSTEIN and BESSIE LICHTENSTEIN, Appellants. — Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Rich, JJ., concurred.

CHAUNCEY S. HORTON and Others, Plaintiffs, v. THOMAS MCNALLY COMPANY, Defendant. In the Matter of the Petition of THOMAS L. GILL, Respondent; THE MERCHANTS' NATIONAL BANK OF THE CITY OF NEW YORK and Others, Appellants.— Order affirmed, with ten dollars costs and